## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RYAN DUBOISE, | : | No. 7 EAP 2020 |
| | : | |
| Appellant | : | Appeal from the Order entered on |
| | : | December 16, 2019, exited on |
| | : | December 17, 2019, in the |
| v. | : | Commonwealth Court at No. 465 MD |
| | : | 2019. |
| | : | |
| KIMBERLY SMITH, KERI MOORE AND | : | |
| BOB RUMCIK, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**                                   **DECIDED:  August 18, 2020**

**AND NOW**, this 18th day of August, 2020, the order of the Commonwealth Court is **AFFIRMED**.